AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

ALVERTA UNDERWOOD, on behalf of CPP,

Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  1:11-cv-00315

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...the Court ADOPTS the Report and Recommendation in its entirety (doc. 13), REVERSES the decision of the ALJ finding Claimant non-disabled as NOT SUPPORTED BY SUBSTANTIAL EVIDENCE, and REMANDS for an immediate reinstatement of benefits, consistent with this decision.  As no further matters remain pending for the Court's review, the Court DIRECTS the Clerk to CLOSE this case on the Court's docket.

10/10/2012

Date

JOHN P. HEHMAN, CLERK

Clerk

s/Kevin Moser

(By) Deputy Clerk